BOARD OF EDUCATION OF THE CITY OF LINDEN, county of Union, and State of New Jersey, a municipal corporation, complainant,

*v.*

C. WALLACE VAIL, receiver of L. M. STEELE COMPANY, IN-CORPORATED, a corporation, defendant-appellant, and AMERICAN SURETY COMPANY OF NEW YORK, a corporation, defendant-respondent.

[Submitted February 17th, 1933. Decided April 28th, 1933.]

*Mr. George B. Bailey,* for the appellant.

*Mr. Corwin Howell* and *Mr. Edward O. Stanley, Jr.,* for the respondent.

PER CURIAM.

The decree under review will be affirmed, for the reasons given in the opinion of Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, HETFIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.